FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR - 6 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR00135 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(c) |
| ARTEZ WRIGHT | ) | 21 U.S.C. § 841(a) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  Prior to April 24, 2018, the defendant,

ARTEZ WRIGHT,

had previously been convicted of breaking or entering, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-2009-2762.

B.  The crime set forth in Paragraph A above was punishable by a term of imprisonment exceeding one year.

C.  On or about April 24, 2018, in the Eastern District of Arkansas, the defendant,

ARTEZ WRIGHT,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith & Wesson M&P .40 caliber semiautomatic handgun bearing serial number DSP7093, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about April 24, 2018, in the Eastern District of Arkansas, the defendant,

ARTEZ WRIGHT,

1

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about April 24, 2018, in the Eastern District of Arkansas, the defendant,

ARTEZ WRIGHT,

knowingly and intentionally possessed a firearm, that is: a Smith & Wesson M&P .40 caliber semiautomatic handgun bearing serial number DSP7093, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

[END OF TEXT. SIGNATURE PAGE ATTACHED.]