FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY - 8 2019

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19-CR-135 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(c) |
| ARTEZ WRIGHT | ) | 21 U.S.C. § 841(a) |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   Prior to April 24, 2018, the defendant,

ARTEZ WRIGHT,

had previously been convicted of breaking or entering, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-2009-2762.

B.   The crime set forth in Paragraph A above was punishable by a term of imprisonment exceeding one year.

C.   On or about April 24, 2018, in the Eastern District of Arkansas, the defendant,

ARTEZ WRIGHT,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith & Wesson M&P .40 caliber semiautomatic handgun bearing serial number DSP7093, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about April 24, 2018, in the Eastern District of Arkansas, the defendant,

ARTEZ WRIGHT,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about April 24, 2018, in the Eastern District of Arkansas, the defendant,

ARTEZ WRIGHT,

knowingly and intentionally possessed a firearm, that is: a Smith & Wesson M&P .40 caliber semiautomatic handgun bearing serial number DSP7093, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

On or about June 14, 2018, in the Eastern District of Arkansas, the defendant,

ARTEZ WRIGHT,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

Upon conviction of Counts 2 or 4 of this Superseding Indictment, the defendant, ARTEZ WRIGHT, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]