PS 8 / 2011
(Rev. 2/13)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 23 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

U.S.A. vs. Artez Wright                    Docket No. 0860 4:19CR00135 DPM

### Petition for Warrant for Person Under Pretrial Supervision

COMES NOW Bryce D. Geiggar, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Artez Wright, who was placed under pretrial release supervision by the Honorable Beth Deere sitting in the Court at Little Rock, Arkansas, on July 3, 2019, under the following conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(5)   The defendant must sign an Appearance Bond, if ordered.

(7)   The defendant must:
(a) submit to supervision and report for supervision to the U.S. Probation Office.
(b) continue or actively seek employment.
(h) get medical or psychiatric treatment: mental health as needed
(k) not possess a firearm, destructive device, or other weapon.
(l) not use alcohol excessively.
(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(n) submit to testing for a prohibited substance if required by the pretrial services office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of any prohibited substance screening or testing.
(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including any arrests, questioning, or traffic stops.

On January 27, 2021, a Bond Revocation Hearing was conducted. Allegations were uncontested and revocation was held in abeyance for 60 days (March 29, 2021) to assess Mr. Wright's compliance.

Jury trial is set for June 28, 2021, before the Honorable D. P. Marshall Jr., Chief U.S. District Judge.

**Respectfully presenting petition for action of Court and for cause as follows:**

**Description of apparent violations:** On January 22, 2021, the defendant was cited for Driving with a Suspended License and No Proof of Insurance, as documented by the North Little Rock, Arkansas Police Department Citation No.: 30696.

On February 17, 2021, the defendant was arrested and charged with Commercial Burglary, Possession of Schedule I or II Controlled Substance, Fleeing, and Refusal to Submit to Arrest. as documented by the North Little Rock, Arkansas, Police Department's arrest disposition report No.: 2021-11946. Mr. Wright remains in custody.

**Description of prior violations:** On July 25, 2019, the defendant failed to submit a urine specimen as scheduled.

On August 7 and 8, 2019, the defendant failed to report to the U.S. Probation Office as directed by his supervising officer.

On September 4, 2019, the defendant submitted a urine specimen which tested presumptively positive for amphetamine. On September 9, 2019, an admission form was signed admitting use on September 2, 2019.

On October 7, 2019, the defendant submitted a urine specimen which tested and confirmed positive for amphetamine and methamphetamine. An admission form was signed.

On October 10, 2019, the defendant submitted a urine specimen which tested and confirmed positive for amphetamine and methamphetamine. An admission form was signed.

On November 6, 2019, the defendant submitted a urine specimen which tested and confirmed positive for amphetamine and methamphetamine. An admission form was signed.

On November 18, 2019, the defendant submitted a urine specimen which tested and confirmed positive for amphetamine and methamphetamine. An admission form was signed.

On November 25, 2019, the defendant failed to submit a urine specimen as scheduled.

On November 26, 2019, the defendant submitted a urine specimen which tested and confirmed positive for amphetamine and methamphetamine. An admission form was signed.

On December 2, 2019, the defendant failed to submit a urine specimen as scheduled.

On December 11, 2019, the defendant failed to submit a urine specimen as scheduled.

On December 16, 2019, the defendant failed to appear for trial in Pulaski County, Arkansas, Circuit Court for 60CR-19-2305 and 60CR-18-1090, and a warrant was issued. On December 19, 2019, the warrant was recalled and both cases are pending.

On March 10, 2020, the defendant submitted a urine specimen which tested and confirmed positive for amphetamine and methamphetamine.

On January 12, 2021, the defendant submitted a urine specimen which tested and confirmed positive for marijuana, amphetamine, and methamphetamine.

On January 21, 2021, the defendant failed to submit a urine specimen as scheduled.

On January 22, 2021, the defendant submitted a urine specimen which tested and confirmed positive for marijuana, amphetamine, and methamphetamine.

On January 27, 2021, the defendant submitted a urine specimen prior to a hearing which tested and confirmed positive for marijuana, amphetamine, and methamphetamine.

**Actions taken to bring the defendant into compliance were as follows:** The defendant was verbally reprimanded for his drug use. Staff Training Aimed at Reducing Re-Arrest (STARR) strategies were utilized by the U.S. Pretrial Services Officer (USPO) to encourage compliance with release conditions. The defendant was referred again to outpatient substance abuse treatment provided by Family Service Agency and enrolled in the most intensive phase drug testing.

**Defendant's compliance with release conditions:** A record check revealed no new arrests in addition to the alleged new conduct. The defendant successfully completed outpatient and residential substance abuse treatment provided by Recovery Centers of Arkansas. The defendant has a suspended driver's license.

**OFFICER'S RECOMMENDATION:** Due to the defendant's new arrest after a revocation hearing, it is recommended that the U.S. Attorney's Office request a warrant and the defendant be brought before the court to show cause why the bond should not be revoked. Mr. Wright is in custody at the Pulaski County, Arkansas, Jail.

**I declare under penalty of perjury that the foregoing is true and correct.**

_____
Bryce D. Geiggar
U.S. Probation Officer

Executed on   February 18, 2021

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_____
Alexander Morgan
Assistant U.S. Attorney

Executed on   February 22, 2021

Approved by:

_____
Supervising U.S. Probation Officer

c:   The Honorable D. P. Marshall Jr., Chief U.S. District Judge
     The Honorable Beth Deere, U.S. Magistrate Judge