IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          NO. 4:19-CR-135-DPM

ARTEZ WRIGHT                                                DEFENDANT

### ORDER
(Filed Under Seal)

Pending before the Court is the Government's sealed motion for issuance of arrest warrant and for revocation of pretrial release. (Docket entry #47) For good cause shown, the motion for issuance of warrant is GRANTED. The Clerk is directed to issue a warrant, under seal, for the arrest of Defendant Artez Wright and forward to the United States Marshal for execution. After Defendant's arrest, the motion to revoke should be unsealed, and a revocation hearing will be scheduled. Defendant must show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 23rd day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE