IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

V.                          CASE NO. 4:19-CR-135-DPM

ARTEZ WRIGHT                                                                                    DEFENDANT

## ORDER

Defendant Artez Wright is currently in state custody after his arrest on state charges in March of 2021. Mr. Wright concedes that he violated conditions of his pretrial release as alleged in the Government's motions for revocation of pretrial release. (Doc. Nos. 39, 43, 47, and 52) Mr. Wright has now waived his right to a revocation hearing.

Accordingly, the motions to revoke are GRANTED. Mr. Wright's pretrial release is hereby revoked. The United States Marshal has already placed detainers with local and state authorities, so Mr. Wright will be transferred to federal custody if he posts bond in state court.

SO ORDERED, this 23rd day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE