IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-135 DPM |
| | ) | |
| ARTEZ WRIGHT | ) | |

## JOINT MOTION TO CONTINUE

The United States of America, by and through Jonathan D. Ross, Acting United States Attorney for the Eastern District of Arkansas, Alexander D. Morgan, Assistant United States Attorney, and Artez Wright, Defendant, represented by undersigned counsel, for their Joint Motion to Continue state as follows:

Trial is set for June 28. Defendant intends to file a motion to suppress in the coming days. Absent a continuance, the parties anticipate resolution of suppression issues will not occur until after the United States has had to begin preparing for trial. So as to preserve government resources and Defendant's ability to plead guilty while still receiving credit for doing so in a timely fashion under U.S.S.G. § 3E1.1(b), the parties jointly request a modest continuance.

Defendant agrees additional time occasioned by a later trial date shall be excludable under the Speedy Trial Act.

Respectfully submitted,

| | |
|---|---|
| MISTY WILSON BORKOWSKI | JONATHAN D. ROSS |
| Cross, Gunter, Witherspoon | Acting United States Attorney |
|   & Galchus, P.C. | |
| 500 President Clinton Ave, Suite 200 | ALEXANDER D. MORGAN |
| Little Rock, Arkansas 72201 | Assistant United States Attorney |
| (501) 371-9999 | P.O. Box 1229 |
| mborkowski@cgwg.com | Little Rock, Arkansas 72203 |
| | (501) 340-2600 |
| *Attorney for Artez Wright* | alex.morgan@usdoj.gov |