## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                              **No. 4:19-cr-135-DPM**

**ARTEZ WRIGHT**                                          **DEFENDANT**

## PLEA AND SENTENCING SCHEDULING ORDER

A change of plea and sentencing hearing is set for **16 March 2022 at 9:00 a.m. in Courtroom 1A.** If screening is a condition of Defendant's bond, Defendant must report to the U.S. Probation Office for drug/alcohol screening at least 30 minutes before the hearing. So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Any plea-related papers sent to chambers by...**29 December 2021**

- Final PSR, including responses to objections, circulated...............................................................**15 February 2022**

- Motions to depart or vary and sentencing memoranda filed...........................................................**1 March 2022**

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve, and any other case-specific issue that the Court needs to prepare for......................................................**8 March 2022**

- Responses to any departure or variance motions
  and responding memoranda filed...............................**8 March 2022**

If any of these deadlines is not met, then the hearing will be continued absent extraordinary circumstances.

So Ordered.

_DPMarshall Jr._
_____
D.P. Marshall Jr.
United States District Judge

12 November 2021