# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                          No. 4:19-cr-135-DPM

**ARTEZ WRIGHT**                                                **DEFENDANT**
**Reg. No. 32652-009**

## ORDER

Wright moves to reduce his sentence based on two amendments to the Sentencing Guidelines. Under the version of the Guidelines in place when Wright was sentenced, a defendant would receive two criminal history status points if he was serving a criminal justice sentence when he committed his new crime. Under the amended Guidelines, a defendant can receive a maximum of one status point, and that is only if he otherwise has at least seven criminal history points. But this change doesn't affect Wright because he didn't receive any status points when he was sentenced.

The other amendment Wright references provides that a downward departure may be warranted if a defendant received criminal history points for mere possession of marijuana. But the Sentencing Commission did not make this amendment retroactive. So, it cannot be the basis for a reduced sentence. 18 U.S.C. § 3582(c)(2); USSG § 1B1.10(b)(1) & (d). His motion, *Doc. 74*, is therefore denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2023